# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00112-CV

**Turfcentric, Inc. and Alan D. Colby, Appellants**

**v.**

**Incircuit Development Corporation, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. GN400180, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

On March 11, 2004, appellants contacted this Court and informed the clerk's office that a settlement had been reached and a motion to dismiss would be filed. No such motion has ever been filed. On April 20, 2004, the clerk's office sent appellants a notice that their brief was overdue and that the appeal would be dismissed for want of prosecution if a response was not made by April 30, 2004. *See* Tex. R. App. P. 38(a) (appellant's failure to file brief in civil case may result in dismissal for want of prosecution). To date, neither a brief nor any other response to the clerk's

office communication has been filed. Accordingly, we dismiss the appeal for want of prosecution. *See id.*; 42.3(b).

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Kidd and B. A. Smith

Dismissed for Want of Prosecution

Filed: June 10, 2004